UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK HEARSH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCANTILE ADJUSTMENT BUREAU, )<br>LLC, )<br>)<br>Defendant. )<br>) | Case No.: 08 CV 3100<br><br>Judge Hibbler |

## NOTICE OF MOTION

To:   Francis Greene
      Edelman Combs Latturner & Goodwin, LLC
      120 S. LaSalle Street, 18th fl.
      Chicago, IL 60603
      fgreene@edcombs.com

   PLEASE TAKE NOTICE that on the **26th day of June, 2008 at 9:30 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable William J. Hibbler or any Judge sitting in his stead in Courtroom 1225 of the Dirksen Federal Building, and shall then and there present **Defendant's Agreed Motion for an Enlargement of Time,** a copy of which is hereby served upon you.

                              Respectfully Submitted,

                               s/Corinne C. Heggie
                              One of the attorneys for
                              Mercantile Adjustment Bureau, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6332802v1 838180