UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK HEARSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 CV 3100 |
| ) | |
| MERCANTILE ADJUSTMENT BUREAU, ) | Judge Hibbler |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, on oath state that on **June 23, 2008** I served the above and foregoing **Appearance, Agreed Motion for an Enlargement of Time and Notice of Motion** via electronic mail to the following:

Francis Greene
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, IL 60603
fgreene@edcombs.com

                                                Respectfully Submitted,

                                                _s/Corinne C. Heggie_
                                                One of the attorneys for
                                                Mercantile Adjustment Bureau, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000