UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK HEARSH,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MERCANTILE ADJUSTMENT BUREAU,  )<br>LLC,  )<br>  )<br>    Defendant.  )<br>  ) | Case No.: 08 CV 3100<br><br>Judge Hibbler |

### NOTICE OF MOTION

TO:   Francis Greene
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, IL 60603
fgreene@edcombs.com

    PLEASE TAKE NOTICE that on the **17th day of July, 2008 at 9:30 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable William J. Hibbler or any Judge sitting in his stead in Courtroom 1225 of the Dirksen Federal Building, and shall then and there present the **AGREED MOTION FOR AN ENLARGEMENT OF TIME,** a copy of which is hereby served upon you.

                                                 HINSHAW & CULBERTSON LLP

                                                 s/Corinne C. Heggie
                                                 Corinne C. Heggie

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
cheggie@hinshawlaw.com

6340083v1 889949

## **CERTIFICATE OF SERVICE**

    I hereby certify that I served the above and foregoing **NOTICE OF MOTION and AGREED MOTION FOR AN ENLARGEMENT OF TIME,** with the Clerk of the Court electronically using the CM/ECF system to the above-referenced named parties at their respective address(es) on **July 14, 2008.**

                                                    HINSHAW & CULBERTSON LLP

                                                    s/ Corinne C. Heggie
                                                    Corinne C. Heggie

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
cheggie@hinshawlaw.com

6340083v1 889949