UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Mark Hearsh
            Plaintiff,

v.                   Case No.: 1:08−cv−03100
                  Honorable William J. Hibbler

Mercantile Adjustment Bureau, LLC.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

  MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 7/17/2008 regarding extension of time [15]. Defendant's Agreed Motion for extension of time [15] is moot. Status hearing set for 8/28/2008 at 09:30 AM for finalization of settlement. Parties to advise the Court if the matter has been resolved prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.