**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARK HEARSH, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3100 |
| | ) | |
| vs. | ) | Judge Hibbler |
| | ) | |
| MERCANTILE ADJUSTMENT | ) | |
| BUREAU, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Mark Hearsh hereby dismisses his claims with prejudice, with each party to bear their own costs and fees.

Respectfully submitted,

**MARK HEARSH**

By: s/Francis R. Greene
    One of His Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS,  LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## <u>CERTIFICATE OF SERVICE</u>

I, Francis R. Greene, hereby certify that on August 29, 2008, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System which caused to be sent notification of such filing to the following parties via electronic mail:

Corinne C. Heggie
cheggie@hinshawlaw.com

<u>s/Francis R. Greene</u>
Francis R. Greene