UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Mark Hearsh
                                    Plaintiff,
v.                                                        Case No.: 1:08−cv−03100
                                                          Honorable William J. Hibbler
Mercantile Adjustment Bureau, LLC.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

    MINUTE entry before the Honorable William J. Hibbler: This case is dismissed pursuant to FRCP 41(a)(1)(i) with prejudice and without costs and fees. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.